AO 91 (Rev. 11/11)   Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
District of New Mexico

FILED
United States District Court
Albuquerque, New Mexico

Mitchell R. Elfers
Clerk of Court

| | |
|---|---|
| United States of America<br>v.<br>JULIO GUTIERREZ<br>(DOB XX/XX/1982)<br><br>Defendant(s) | Case No. **25mj2750** |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of __June 30, 2025__ in the county of __Bernalillo__ in the
_____ District of __New Mexico__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 8 U.S.C. §§ 1326 (a) and (b) | Reentry of a Removed Alien |

This criminal complaint is based on these facts:
See attached affidavit

☑ Continued on the attached sheet.

_Nicholas Vandersluis_
Complainant's signature

Nicholas Vandersluis, Special Agent, HSI
Printed name and title

Telephonically sworn and electronically signed.

Date: 07/11/2025

_John F. Robbenhaar_
Judge's signature

City and state: Albuquerque, New Mexico

Hon. John F. Robbenhaar, U.S. Magistrate Judge
Printed name and title

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| vs. | ) ) |
| **JULIO GUTIERREZ (DOB: 03/26/1982)** | ) ) ) ) |
| Defendant | |

## AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT & ARREST WARRANT

Your affiant, Nicholas Vandersluis, duly sworn, hereby depose and state the following:

### INTRODUCTION AND AGENT BACKGROUND

1. I have been a Special Agent (SA) with the United States Department of Homeland Security, Homeland Security Investigations (HSI), since November 2023. As such, I am an investigator or law enforcement officer of the United States within the meaning of Title 18, United States Code, Section 2510(7), that is, an officer of the United States who is empowered to conduct investigations of, and to make arrests for, the offenses enumerated in Titles 8, 18, 19, 21, and 31 of the United States Code and other related offenses. In the course of my employment, I have completed the Criminal Investigator Training Program and the Homeland Security Investigations Special Agent Training courses at the Federal Law Enforcement Training Center. This training included instruction blocks on investigations into violations of federal firearms, narcotics, human trafficking and smuggling, and organized criminal organization statutes.

2. Prior to my tenure as a Special Agent, I was employed as a law enforcement officer with the Orlando Police Department between January 2019 and November 2023. During that time, I completed the Florida Basic Law Enforcement Academy training at the Valencia College School of Public Safety. From

June 2019 through April 2023, I was assigned to the Patrol Division. From April 2023 until November 2023, I was assigned to the Real Time Crime Center as a Detective, a role involving conducting electronic surveillance, and the development and dissemination of criminal intelligence.

3. I hold an Associate of Science Degree in Network Engineering Technology with a minor in Cyber Forensics from Valencia State College; a Bachelor of Science Degree in Information Technology from the University of Central Florida; and a Master of Science Degree in Cyber Security and Information Assurance from Western Governor's University.

4. I am presently assigned to the HSI Deputy Special Agent in Charge (DSAC) Albuquerque, New Mexico, duty station. In that capacity, my duties include investigating federal criminal offenses in the District of New Mexico

5. The information set forth in the affidavit had been derived from my own investigation or communicated to me by other sworn law enforcement officers or from other reliable sources. This affidavit does not set forth all of my knowledge related to this investigation. It is submitted for the limited purpose of establishing probable cause to support a criminal complaint charging Julio GUTIERREZ (GUTIERREZ) with the following crime:

    b. 8 U.S.C. §§ 1326 (a) and (b), Reentry of Removed Alien.

## **PROBABLE CAUSE**

6. In June 2025, Homeland Security Investigations were alerted to GUTIERREZ as an individual believed to be presently residing in Bernalillo County, Albuquerque, New Mexico, USA, without legal status.

7. Record checks conducted in June 2025 indicated the following:

    a. In October 2000, GUTIERREZ was granted Legal Permanent Residence status as a child of a Legal Permanent Resident. In support of his application, GUTIERREZ's Mexico Birth Certificate was provided.

    b. In February 2006, GUTIERREZ was convicted in the Second Judicial Court in Bernalillo, NM for the offenses of: Extortion, Aggrevated Assault (x2), Shooting at or From a Motor Vehicle. Possession With Intent to Distribute a Controlled Substance, and Bribery of a Witness. GUTIERREZ was sentenced to 18 years incarceration which was deferred and he was placed on 5 years of supervised Probation.

    c. On June 12, 2006, GUTIERREZ was ordered removed from the United States by a United States Immigration Judge and was removed from the United States on the same date.

    d. In July 2015 Immigration and Customs Enforcement Officers came in contact with GUTIERREZ in Albuquerque, New Mexico, United States. Officers arrested GUTIERREZ for violation of 8 U.S.C. § 1326 and issued a notice of intent to reinstate a prior order of removal. During the arrest Officers indicated GUTIERREZ claimed to be a US Citizen, born in El Paso, Texas, United States. This claim was reviewed by the Immigration and Customs Enforcement (ICE) Office of the Principle Legal Advisor and was determined to be false.

    e. In January 2016, GUTIERREZ filed a motion to vacate his prior convictions which was granted.

    f. In July 2016, GUTIERREZ filed a motion to reopen his removal case based on the vacated criminal convictions which resulted in his removal. This motion was abandoned and his removal remains valid.

    g. In August 2016 GUTIERREZ filed a motion to dismiss the criminal case charging GUTIERREZ with violating 8 U.S.C. § 1326 to which the government did not respond, resulting in the case being dismissed without prejudice in September 2016. GUTIERREZ was released from the custody of the United States Marshals and was not turned over to ICE custody.

    h. A review of all pertinent indices and GUTIERREZ's alien file found that GUTIERREZ had not applied for nor received permission from the Secretary of Homeland Security, or a designee, to reenter the United States after having been removed.

8. On June 30, 2025 HSI SA Dominique Carpenter was conducting surveillance at 5400 Montgomery Blvd NE, Albuquerque, New Mexico, United States when she observed a vehicle bearing New Mexico License Plate WL4412 parked at that address. A records check revealed this vehicle is registered to GUTIERREZ. At approximately 11:30 AM on the same date, SA Carpenter observed GUTIERREZ enter the vehicle and began driving it onto Montgomery Boulevard. GUTIERREZ was the sole occupant of the vehicle.

9. Based on the records checks conducted, reasonable suspicion was established to believe that GUTIERREZ is an inadmissible alien under the Immigration and Nationality Act (INA) (8 U.S.C. § 1182) 212(a)(9)(C)(i)(I) and as a result SAs and ICE Deportation Officers (DOs) attempted to conduct a vehicle stop in order to investigate this violation.

10. SA Carpenter, began driving immediately behind GUTIERREZ while DO Matthew Salcedo began driving immediately in front of GUTIERREZ. Both were driving unmarked agency vehicles and activated their vehicles' red and blue lights and sirens, to signal GUTIERREZ to stop. GUTIERREZ's vehicle slowed to a stop, remained stopped for approximately 10 seconds, then navigated around DO Salcedo's vehicle and continued driving, running the red stop signal at the intersection with San Pedro Drive NE.

11. SAs and DOs continued to search for GUTIERREZ throughout the day but were unable to locate him. He remains at large at the time of this writing.

12. Based on the foregoing, I have probable cause to believe that on or about June 30, 2025, in the District of New Mexico, GUTIERREZ is an alien who has been deported, and thereafter was found in the United States, a violation of 8 U.S.C. §§ 1326 (a) and (b), Reentry of a Removed Alien.

13. Assistant United States Attorney Rumaldo Gutierrez approved this affidavit.

Nicholas Vandersluis
Special Agent
Homeland Security Investigations
Department of Homeland Security

Subscribed and sworn telephonically and signed electronically on this 11th day of July, 2025:

John F. Robbenhaar
United States Magistrate Judge