IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>    Plaintiff, )<br>)<br>vs. )<br>)<br>**JULIO GUTIERREZ,** )<br>)<br>    Defendant. ) | CAUSE NO.   25-mj-02750-JFR |

**MOTION TO DISMISS CRIMINAL COMPLAINT**

The United States of America, pursuant to Fed. R. Crim. P. 48(a), files this motion to dismiss the criminal complaint in this cause filed against the above-named Defendant, and as grounds therefor states as follows:

1. The Government believes it to be in the interest of justice to dismiss the Criminal Complaint, in this case, at this time.

2. Counsel for Defendant, Aric Elsenheimer, concurs with the relief requested in this motion.

WHEREFORE, the United States respectfully requests this Court enter an Order dismissing, without prejudice, the criminal complaint in this cause.

Respectfully submitted,

RYAN ELLISON
United States Attorney

*Electronically filed August 7, 2025*
RUMALDO R. ARMIJO
Assistant United States Attorney
201 Third Street NW, Suite 900,
Albuquerque, NM 87102